# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

HEITH JONATHAN RAYMOND                                                                                 PLAINTIFF
ADC #120729

v.                                          3:24-cv-00090-DPM-JJV

POINSETT COUNTY JAIL; *et al.*                                                                      DEFENDANTS

## **ORDER**

Defendants have filed a Motion asking the Court to dismiss this case because discovery they recently mailed to Plaintiff at the Poinsett County Detention Center was returned undelivered, and Plaintiff has not complied with his obligation under Local Rule 5.5(c)(2) to update his mailing address. (Docs. 23-25.) Thus, I will give Plaintiff thirty days to file Notice containing his current mailing address.[1] And, if Plaintiff has been released from custody, he must update his IFP Application to ensure that he is still entitled to proceed *in forma pauperis*. (Doc. 3).

IT IS, THEREFORE, ORDERED THAT:

1. The Clerk shall mail Plaintiff an *In Forma Pauperis* Application for individuals who are not in custody

---

[1] Local Rule 5.5(c)(2) says:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. <u>If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice</u>. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

(Emphasis added.) Thus, the Court can only dismiss if Plaintiff does not respond to a Court communication; the failure to maintain a valid address, standing alone, is not enough.

1

      2.      If Plaintiff wishes to continue with this lawsuit, he must file with the Clerk a Notice containing his current mailing address and, if he is no longer in custody, file a properly completed *In Forma Pauperis* Application. If Plaintiff does not do so **within thirty (30) days of the date of this Order**, I will recommend Defendants' Motion to Dismiss be granted and this case dismissed without prejudice.

Dated this 5th day of February 2025.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE