**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

HEITH JONATHAN RAYMOND                                                      PLAINTIFF
ADC #120729

v.                                              3:24-cv-00090-DPM-JJV

POINSETT COUNTY JAIL; *et al.*                                           DEFENDANTS

## ORDER

     Defendants have filed a Motion asking the Court to dismiss this case because mail they recently sent Plaintiff at the Cummins Unit was returned undelivered, and he has not complied with his obligation under Local Rule 5.5(c)(2) to update his mailing address. (Docs. 39-41.) I will give Plaintiff thirty days to file a Notice containing his current mailing address. And, if Plaintiff has been released from custody, he must update his *In Forma Pauperis* Application to ensure that he is still entitled to proceed *in forma pauperis*.

     IT IS, THEREFORE, ORDERED THAT:

     1.    The Clerk shall mail Plaintiff an *In Forma Pauperis* Application for individuals who are not in custody.

     2.    If Plaintiff wishes to continue with this lawsuit, he must file a Notice containing his current mailing address and, if he is no longer in custody, file a properly completed *In Forma Pauperis* Application. If Plaintiff does not do so **within thirty (30) days of the date of this Order**, I will recommend Defendants' Motion to Dismiss be granted and this case dismissed without prejudice.

     3.    The July 1, 2025 dispositive motion deadline (Doc. 34) is stayed and will be reset when the Motion to Dismiss is resolved.

1

Dated this 20th day of June 2025.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE