IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

HEITH JONATHAN RAYMOND
ADC #120729                                                              PLAINTIFF

v.                            No. 3:24-cv-90-DPM

SUSAN DUFFEL, Nurse, Poinsett County
Jail; ELLIOT NOONER, Jailer, Poinsett
County Jail; and CHRIS REID, Jailer,
Poinsett County Jail                                                     DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Raymond hasn't updated his address, and the time to do so has passed. *Doc. 42*. His complaint with therefore be dismissed without prejudice. Local Rule 5.5(c)(2). Motion for summary judgment, *Doc. 47*, denied without prejudice as moot. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 July 2025