IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

HEITH JONATHAN RAYMOND
ADC #120729                                              PLAINTIFF

v.                        No. 3:24-cv-90-DPM

POINSETT COUNTY JAIL; SUSAN
DUFFEL, Nurse, Poinsett County Jail;
ELLIOT NOONER, Jailer, Poinsett County
Jail; and CHRIS REID, Jailer, Poinsett
County Jail                                              DEFENDANTS

## JUDGMENT

Raymond's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 July 2025